**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GRANITE INSURANCE COMPANY and
COMMERCE & INDUSTRY INSURANCE
COMPANY,

      Plaintiffs,

v.                                            CASE NO.  8:16-cv-451-T-26TBM

OMNI GROUP NORTH AMERICA, LLC,

      Defendant.
_____/

**<u>O R D E R</u>**

      **UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff Commerce & Industry Insurance Company's written submissions, it is **ORDERED AND ADJUDGED** as follows:

      1)  Plaintiff Commerce & Industry Insurance Company's Motion for Entry of Default Judgment for Sum Certain (Dkt. 18) is **granted.**

      2)  The clerk is directed to enter judgment in favor of Plaintiff Commerce & Industry Company and against Defendant Omni Group North America, LLC in the sum of **$115,254.00** plus post judgment interest in the amount awarded by law.

      3)  The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on August 16, 2016.


_____s/*Richard A. Lazzara*_____
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record