# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GRANITE STATE INSURANCE COMPANY and
COMMERCE & INDUSTRY INSURANCE
COMPANY,

    Plaintiffs,

v.                                                      CASE NO.  8:16-cv-451-T-26TBM

OMNI GROUP NORTH AMERICA, LLC,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff Granite State Insurance Company's submissions, it is **ORDERED AND ADJUDGED** as follows:

1)  Plaintiff Granite State Insurance Company's Motion for Entry of Default Judgment for Sum Certain (Dkt. 19) is **granted**.

2)  The clerk is directed to enter judgment in favor of Plaintiff Granite State Insurance Company and against Defendant Omni Group North America, LLC, in the sum of **$290,327.00** plus post judgment interest in the amount awarded by law.

3)  The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on August 16, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record